IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kevin McDonough, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00114 |
| v. | : | Judge Marbley |
| Symphony Diagnostic Service, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Relator Kevin McDonogh's June 25, 2013 unopposed motion for an extension of the expert discovery deadlines (doc. 87) is GRANTED. All discovery must be completed by September 16, 2013. The parties make their primary expert disclosures on or before July 29, 2013. Rebuttal expert disclosures must be made on or before August 21, 2013.

Counsel are DIRECTED to either email me a status report regarding their exchange of settlement positions and the scheduling of a private mediation or call my office (614.719.3370) to schedule a telephone conference on or before August 12, 2013.

    s/Mark R. Abel
    United States Magistrate Judge