# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 07, 2015

Mr. Robert Garrett Cohen
Kegler, Brown, Hill & Ritter
65 E. State Street
Columbus, OH 43215

Mr. William H. Jordan
Alston & Bird
1201 W. Peachtree Street, N.E.
Atlanta, GA 30309

Ms. Regina Poserina
Begelman, Orlow & Melletz
411 Route 70, E.
Cherry Hill, NJ 08034

Mr. Brian Stimson
Alston & Bird
1201 W. Peachtree Street, N.E.
Atlanta, GA 30309

Ms. Andrea S. Young
Alston & Bird
1201 W. Peachtree Street, N.E.
Atlanta, GA 30309

Re:  Case No. 14-3897, *USA, et al v. Symphony Diagnostic Services, et al*
Originating Case No. : 2:08-cv-00114

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. John P. Hehman

Enclosure

No mandate to issue

Case No. 14-3897

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA, ex rel.

  Plaintiff

 and

KEVIN P. MCDONOUGH

  Plaintiff - Appellant

v.

SYMPHONY DIAGNOSTIC SERVICES, INC.; SYMPHONY DIAGNOSTIC SERVICES NO. 1, dba Mobilex USA

  Defendants - Appellees

 In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

 It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

         **ENTERED PURSUANT TO RULE 33,
         RULES OF THE SIXTH CIRCUIT**
         Deborah S. Hunt, Clerk

Issued: January 07, 2015